## ANNA KIEF MOYER v. CHIPPEWA COUNTY STATE BANK AND ANOTHER.[1]

May 15, 1925.

No. 24,846.

**Case followed.**

Action in the district court for Chippewa county to restrain defendants from foreclosing a mortgage. From an order, Baker J., granting an injunction pendente lite, defendants appealed. Affirmed.

*C. D. Bensel,* special attorney, for superintendent of banks.

*Daly & Barnard,* for respondent.

PER CURIAM.

This is an appeal from an order restraining the foreclosure of a $12,000 mortgage on land in Illinois, pending this action which is brought to cancel the note and mortgage on the ground of fraud. Upon authority of Kief

[1]Reported in 203 N. W. 784.

v. Chippewa County State Bank supra, page 278, which involves similar facts and in which the plaintiff sought similar relief, the order appealed from in this case is affirmed.